14-15-00541-CV

## Local Rule Notice of and Assignment
## of Related Case in Original Proceedings

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/23/2015 1:04:43 PM
CHRISTOPHER A. PRINE
Clerk

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the parties to this Original Proceeding have a current appeal pending as set out below in the Fourteenth Court of Appeals:

Caption:                In the Interest of KMM and MWM

Trial court
case number:            2006-45711


Appellate court
case number:            14-15-00204-CV


_____/S/ Walter P. Mahoney, Jr._____

Walter P. Mahoney, Jr.

Attorney for Applicant

3668 Burke Rd.

Pasadena, TX 77504

281-998-9450

281-998-9430 fax

SBN: 12844600


_____06-23-2015_____